Argued and submitted November 29, 1995, affirmed January 3, 1996

STATE OF OREGON,
*Respondent,*

*v.*

JOHN GERALD WILLIAMS,
*Appellant.*

(94CR0511; CA A85211)

909 P2d 217

Peter Gartlan, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Katherine H. Waldo, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Affirmed. *State v. Gruver*, 138 Or App 124, 906 P2d 852 (1995).